# EXHIBIT 1

# The CASSELL CONCISE DICTIONARY

CASSELL

Cassell
Wellington House
125 Strand
London
WC2R 0BB

*Cassell's English Dictionary* first published 1891
Last complete revision 1962
*Cassell's Concise English Dictionary* first published 1989
Last revised edition 1994
*The Cassell Concise Dictionary* first published 1997

© Cassell 1989, 1997

All rights reserved. No part of this publication may be reproduced in any material form (including photocopying or storing it in any medium by electronic means and whether or not transiently or incidentally to some other use of this publication) without the written permission of the copyright owner, except in accordance with the provisions of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency, 90 Tottenham Court Road, London W1P 9HE. Applications for the copyright owner's written permission to reproduce any part of this publication should be addressed to the publisher.

**British Library Cataloguing in Publication Data**
A catalogue entry for this book is available from the British Library

ISBN 0-304-34779-5

Printed and bound in Great Britain by Mackays of Chatham PLC, Kent

Case: 1:07-cv-01397 Document #: 107-2 Filed: 01/18/08 Page 4 of 5 PageID #:1228



the roof of a railway carriage, containing windows or other means of ventilation. [CLEAR, STOREY]

**clergy** (klœ'ji) *n.* (*pl.* **clergies**) 1 the body of people set apart by ordination for the service of the Christian Church. 2 ecclesiastics collectively. 3 the clergy of a church, district or country. **benefit of clergy** BENEFIT. **clergyman** *n.* (*pl.* **clergymen**) a member of the clergy, esp. of the Church of England. **clergywoman** *n.* (*pl.* **clergywomen**) a female member of the clergy. [OF *clergie* (*clerc*, late L *clēricus*, Gr. *klērikos*, pertaining to the clergy), from *klērikos*, a lot or inheritance, with reference to Deut. xviii.2 and Acts i.17]

**cleric** (kler'ik) *a.* clerical. ~*n.* 1 a member of the clergy. 2 a person subject to canon law. **clerico-** *comb. form* [late L *clēricus*, see CLERGY]

**clerical** (kle'rikel) *a.* 1 of or relating to the clergy. 2 of or relating to a clerk or office worker. **clerical collar** *n.* a stiff, white collar fastening at the back, as worn by clergymen. **clerical error** *n.* an error in copying. **clericalism** *n.* undue influence of the clergy. **clericalist** *n.* **clerically** *adv.* **clericals** *n.pl.* clerical dress. [late L *clēricālis*, from CLERIC]

**clerihew** (kler'ihū) *n.* a satirical or humorous poem, usu. biographical, consisting of four rhymed lines of uneven length. [E. *Clerihew* Bentley, 1875–1956, English writer]

**clerk** (klahk) *n.* 1 a person employed in an office, bank, shop etc. to assist in correspondence, bookkeeping etc. 2 a person who keeps the records, accounts etc. of a court, council etc. 3 a person who has charge of an office or department, subject to a higher authority, such as a board. 4 the lay officer of a parish church. 5 (*N Am.*) a shop assistant. 6 (*N Am.*) a hotel receptionist. 7 †a cleric, †a scholar, a person able to read and write. 8 †a cleric, a clergyman. ~*v.i.* to be a clerk. **clerkdom** *n.* **clerkess** *n.* a female clerk. **clerk in holy orders** *n.* (*formal*) an ordained clergyman. **clerkish** *a.* **clerkly** *a.* **Clerk of the Closet** *n.* the principal chaplain to the sovereign. **clerk of the course** *n.* an official in charge of administration of a motor- or horse-racing course. **clerk of (the) works** *n.* a surveyor appointed to supervise building work and test the quality of materials etc. **clerkship** *n.* [OE *clerc*, from OF *clerc* or late L *clēricus* (see CLERGY)]

**clever** (klev'e) *a.* 1 intelligent. 2 dexterous, skilful. 3 talented. 4 ingenious. 5 cunning. **clever-clever** *a.* clever in a superficial or showy way. **clever clogs, clever Dick** *n.* (*coll.*) a person who shows off their own cleverness. **cleverish** *a.* **cleverly** *adv.* **cleverness** *n.* [etym. uncertain; conn. with OE *clifer*, a claw, *clifian*, to seize (cp. EFris. *klüfer*)]

**clevis** (klev'is) *n.* a forked iron at the end of a shaft or beam, or an iron loop, for fastening tackle to. [etym. uncertain; prob. conn. with CLEAVE[2]]

**clew** (kloo) *n.* 1 the lower corner of a square sail. 2 the aftermost corner of a triangular sail. 3 the cords by which a hammock is suspended. 4 †a clue. ~*v.t.* to clew up or down. **to clew down** to unfurl (a sail) by letting down the clews. **to clew up** to truss (a sail) by drawing the clews up to the yard or mast. **clew lines** *n.pl.* ropes used to clew up the smaller square sails. [OE *cliwen* (cp. Dut. *kluwen*, G *Knäuel*); see also CLUE]

**clianthus** (klian'thes) *n.* (*pl.* **clianthuses**) any plant of the Australian genus *Clianthus*, with clusters of red flowers. [Gr. *kleos*, glory, *anthos*, flower]

**cliché** (klē'shā), **cliche** *n.* 1 a hackneyed phrase. 2 anything hackneyed or overused. 3 (*Print.*) a stereotype, esp. a stereotype or electrotype from a block. 4 a photographic negative. **clichéd, cliché'd, cliched** *a.* [F, p.p. of *clicher*, to stereotype (var. of *cliquer*)]

**click** (klik) *v.i.* 1 to make a slight, sharp noise, as of small hard objects knocking together. 2 (*coll.*) to fall into place, to make sense (*It didn't click until I read her note*). 3 (*coll.*) to be successful. 4 (*coll.*) to become friendly with someone, esp. of the opposite sex (*We clicked the first time we met*). 5 (of horses) to strike shoes together. ~*v.t.* 1 to cause to click (*to click one's fingers*). 2 to press (one of the buttons of a computer mouse). 3 to click on. ~*n.* 1 a slight, sharp sound. 2 a sharp clicking sound used in some languages, esp. of southern Africa. 3 the act or action of clicking. 4 the detent of a ratchet-wheel. 5 a catch for a lock or bolt. 6 a latch. **to click on** to select (an item on a computer screen) by pressing one of the buttons of a computer mouse. **click beetle** *n.* any beetle of the family Elateridae, which can right itself with a click when turned on its back. **click-clack** *n.* a repeated clicking sound. ~*v.i.* to make this sound. **clicker** *n.* [imit., cp. CLACK, Dut. *klikken*, F *cliquer*]

**client** (klī'ent) *n.* 1 a person who entrusts any business to a lawyer, accountant, architect etc. 2 a customer. 3 a person who is receiving help from a social worker or charitable agency. 4 in ancient Rome, a plebeian under the protection of a noble patron. 5 †a dependant. **clientage** *n.* 1 clientele. 2 the system of patron and client in ancient Rome. **cliental** *a.* **client-centred therapy** *n.* a form of psychotherapy in which patients are encouraged to develop their own solutions to their problems. **clientless** *a.* **client-server** *a.* denoting a computer system in which networked workstations receive data from a central server. **clientship** *n.* [L *cliēns -ntis* (*cluere*, to hear, to obey)]

**clientele** (klēontel') *n.* 1 clients collectively. 2 customers, patients, the patrons of a theatre or restaurant. 3 followers or adherents. 4 clientship. [L *clientēla* (more recently readopted from F *clientèle*)]

**cliff** (klif) *n.* 1 a high, steep rock face, esp. on the coast. 2 a precipice. **cliffhanger** *n.* 1 a story, film etc. that has one in suspense till the end. 2 a highly dramatic, unresolved ending to an instalment of a serial. 3 any similarly suspenseful or exciting situation, such as a sporting contest. **cliffhanging** *a.* **clifflike** *a.* **cliffy** *a.* 1 having cliffs. 2 craggy. [OE *clif* (cp. Dut. and Icel. *klif*, G *Klippe*)]

**climacteric** (klīmak'terik, -ter'-) *n.* 1 a critical period in human life. 2 the menopause in women, or a corresponding period in men. 3 a period in which some great change is supposed to take place in the human constitution, or in the fortune of an individual, esp. in the 21st, 35th, 49th and 63rd years. ~*a.* 1 of or relating to a climacteric. 2 critical. 3 (*Med.*) occurring late in life. **climacterical** (-ter'-) *a.* climacteric. [L *climactēricus*, Gr. *klimaktērikos* (*klimaktēr*, the step of a ladder, a critical period in life; cp. *klimax*, CLIMAX)]

**climactic** CLIMAX.

**climate** (klī'met) *n.* 1 the temperature of a place, and its meteorological conditions generally, with regard to their influence on animal and plant life. 2 a region considered with reference to its weather. 3 a prevailing character (*the current economic climate*). **climate of opinion** *n.* the prevailing trend of opinion. **climatic** (-mat'-) *a.* **climatical** (-mat'-) *a.* **climatically** *adv.* **climatology** (-tol'-) *n.* 1 the science of climate. 2 an investigation of climatic phenomena and their causes. **climatological** (-loj'-) *a.* **climatologist** (-tol'-) *n.* [F *climat*, late L *clima -atos*, Gr. *klima- atos*, a slope, a region (*klinein*, to slope)]

**Usage note** See note on *climatic* under CLIMAX.

**climax** (klī'maks) *n.* 1 the highest point, culmination. 2 an orgasm. 3 a rhetorical figure in which the sense rises gradually in a series of images, each exceeding its predecessor in force or dignity. 4 a stable final stage in the development of a plant or animal community. ~*v.i.* to reach a climax. ~*v.t.* to bring to a climax. **climactic** (-mak'-) *a.* **climactically** *adv.* [L, from Gr.

Case: 1:07-cv-01397 Document #: 107-2 Filed: 01/18/08 Page 5 of 5 PageID #:1229



**serried** (ser´id) *a.* (esp. of soldiers) close-packed, in compact order. **serry** *v.t.* (*3rd pers. sing. pres.* **serries**, *pres.p.* **serrying**, *past, p.p.* **serried**). [F *serré*, p.p. of *serrer*, to close, from late L *serāre*, see SERAGLIO]

**serrulate** (ser´ūlāt), **serrulated** (-lātid) *a.* finely serrated, having minute notches. **serrulation** (-ā´shən) *n.*

**serry** SERRIED.

**serum** (siə´rəm) *n.* (*pl.* **serums, sera** (-rə)) 1 the thin transparent part that separates from the blood in coagulation. 2 animal serum used as an antitoxin etc. 3 a constituent of milk and other animal fluids, lymph. 4 whey. **serum hepatitis** *n.* an acute viral infection of the liver, marked by inflammation and jaundice, spread by contact with infected blood. **serum sickness** *n.* an allergic reaction to a serum injection, such as fever, rashes etc. **serum therapy** *n.* the treatment or prevention of disease by injecting blood containing the appropriate antibodies. [L, whey, cp. Gr. *oros*, Sansk. *saras*, flowing]

**serval** (sœ´vəl) *n.* an African wild cat with long legs and a black-spotted tawny coat, *Felis serval*. [F, from Port., from late L *cervālis*, from L *cervus*, a stag]

**servant** (sœ´vənt) *n.* 1 a person employed by another person or body of persons to work under direction for wages, esp. in the house of the employer and undertaking domestic tasks or acting as a personal attendant, and often receiving board and lodging as part of the wages. 2 a devoted follower, a person willing to perform the will of another. **servant-girl, servant maid** *n.* a female domestic servant. **servants' hall** *n.* the room in a large domestic establishment where servants have their meals etc. together. [OF, orig. pres.p. of *servir*, to SERVE]

**serve** (sœv) *v.t.* 1 to act as servant to, to be in the employment of. 2 to be useful to, to render service to. 3 to attend to as a shop assistant. 4 to be subservient or subsidiary to. 5 to satisfy, to avail, to suffice. 6 to supply, to perform (a purpose, function etc.). 7 to carry out the duties of, to do the work of (an office etc.). 8 to undergo the punishment prescribed by (a sentence) or for (a specified time). 9 to behave towards, to treat (well, badly etc.). 10 to dish (up) for eating, to bring to and set on the table. 11 to distribute to those at table. 12 to furnish, to supply (a person, with). 13 to deliver (a summons, writ etc.) in the manner prescribed by law. 14 to throw or send (a ball etc.) to begin or resume play in tennis, badminton etc. 15 (of a male animal) to mate with, to cover, esp. for hire. 16 (*Mil.*) to keep (a gun etc.) firing. 17 (*Naut.*) to lash or whip (a rope) with thin cord to prevent fraying. 18 †to worship. 19 †to play (a trick) on. ~*v.i.* 1 to be employed, to perform the duties of or to hold an office etc. 2 to perform a function, to take the place of. 3 to be used (as), to be a satisfactory substitute (for), to suffice, to avail. 4 to be satisfactory, favourable or suitable. 5 to be in subjection. 6 to deliver the ball to begin or resume play in tennis, badminton etc. 7 to attend a celebrant at the altar. 8 to be a member of an armed force. 9 to act as a waiter. ~*n.* 1 the act of or turn for serving at tennis, badminton etc. 2 (*Austral., sl.*) a reprimand. **it will serve** it will be adequate. **to serve at table** to act as waiter or waitress. **to serve one's need/needs** to be adequate. **to serve one's time** 1 to serve one's sentence. 2 to go through an apprenticeship. 3 to hold an office etc. for the full period. **to serve one's turn** TURN. **to serve out** 1 to distribute (portions of food) to those at table. 2 †to have one's revenge on. **to serve out one's time** (*esp. N Am.*) to serve one's time. **to serve someone right** to be what someone deserved (as a punishment or misfortune). **to serve the purpose of** to be used as. **to serve the turn** to be adequate. **to serve up** to serve out (food). **server** *n.* 1 a person who serves at table. 2 a utensil (such as a tray or spoon) used to serve food. 3 in tennis, badminton etc., the person who serves. 4 a person who assists the celebrant at mass. 5 a computer program to manage shared access to a network service. 6 a device on which this is run. **servery** (-vəri) *n.* (*pl.* **serveries**) a counter or room from which food is served. **serving** *n.* a portion of food, a helping. [OF *servir*, L *servīre*, from *servus*, slave]

**service**[1] (sœ´vis) *n.* 1 the act of serving. 2 work done for an employer or for the benefit of another. 3 a benefit or advantage conferred on someone. 4 the state of being a servant; esp. the place or position of a domestic servant. 5 a department of state or public work or duty, the organization performing this or the persons employed in it. 6 willingness to work or act. 7 use, assistance. 8 a liturgical form for worship, an office. 9 a performance of this. 10 a musical setting of a liturgical office or part of it. 11 formal legal delivery, posting up or publication (of a writ, summons etc.). 12 a set of dishes, plates etc. required for serving a meal. 13 that which is served at table. 14 the act of serving the ball at tennis, badminton etc. 15 maintenance work undertaken by the vendor after a sale. 16 (*pl.*) the armed forces. 17 (*pl.*) the service area of a motorway. 18 (*pl.*) provision of water, electricity etc. to a property. ~*v.t.* 1 to repair or maintain (a car etc.) after sale. 2 to meet interest on (a debt). 3 (of a male animal) to serve. 4 to provide service or services for. ~*a.* 1 of the armed forces. 2 for the use of servants. 3 providing services. **at someone's service** ready to help someone. **in/on active service** on service. **in service** 1 working as a servant. 2 available for use. **on service** engaged in actual duty in the army, navy etc. **out of service** not available for use. **to be of service** to be available to help. **to see service** 1 to have experience, esp. as a soldier or sailor. 2 to be put to long or hard use. **to take service with** to become a servant to. **serviceable** *a.* 1 able or willing to render service. 2 useful, beneficial, advantageous. 3 durable, fit for service. **serviceability** (-bil´-), **serviceableness** *n.* **serviceably** *adv.* **service area** *n.* 1 an area served by a broadcasting station within which efficient transmission can be guaranteed. 2 a place beside a motorway where petrol, food etc. are available. **service book** *n.* a book containing the church offices, esp. the Book of Common Prayer. **service bus, service car** *n.* (*New Zeal.*) a long-distance bus. **service charge** *n.* a percentage of a bill, charged in addition to the total, to pay for service. **service dress** *n.* in the armed forces, uniform other than full dress. **service engineer** *n.* a person who services and repairs (electrical) equipment. **service flat** *n.* a flat for which an inclusive sum is charged for rent and full hotel service. **service game** *n.* in tennis etc., a game in which a particular player serves. **service industry** *n.* (*pl.* **service industries**) an industry concerned with providing a service to its customers, rather than with manufacturing. **service line** *n.* in tennis etc., either of two lines marking the limit within which the serve must fall. **serviceman** *n.* (*pl.* **servicemen**) 1 a member of the armed forces. 2 a man whose job is to provide service or maintenance. **service pipe** *n.* a pipe from the water or gas main to a building. **service road** *n.* a minor road running alongside a main road and carrying local traffic only. **service station** *n.* a roadside establishment providing petrol etc. to motorists. **servicewoman** *n.* (*pl.* **servicewomen**) a woman member of the armed forces. [OF, from L *servitium*, as SERVE]

**service**[2] (sœ´vis) *n.* the service tree. **service-berry** *n.* (*pl.* **service-berries**) 1 the fruit of the service tree. 2 any shrub of the genus *Amelanchier*. 3 the fruit of this. **service tree** *n.* 1 a European tree, *Sorbus domestica*, with small pearlike fruit. 2 the wild service tree, *Sorbus torminalis*. [ME *serves*, pl., from OE *syrpe*, ult. from L *sorbus*]