# EXHIBIT 2

Merriam-Webster
Merriam-Webster OnLine

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

Also Visit: Unabridged Encyclopedia Britannica Visual NEW ESL: Learner's for Kids: Spell it! NEW Word Central NEW

Merriam-Webster OnLine Search ◉ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical Search

Merriam-Webster's Online Dictionary

# client

2 entries found.

- client
- client state

Main Entry: **cli·ent**
Pronunciation: \ˈklī-ənt\
Function: *noun*
Etymology: Middle English, from Anglo-French & Latin; Anglo-French *client,* from Latin *client-, cliens;* perhaps akin to Latin *clinare* to lean — more at LEAN
Date: 14th century

**1 :** one that is under the protection of another **:** DEPENDENT
**2 a :** a person who engages the professional advice or services of another <a lawyer's *clients*> **b :** CUSTOMER <hotel *clients*> **c :** a person served by or utilizing the services of a social agency <a welfare *client*> **d :** a computer in a network that uses the services (as access to files or shared peripherals) provided by a server
**3 :** CLIENT STATE
— **cli·ent·age** \-ən-tij\ *noun*
— **cli·en·tal** \klī-ˈen-tᵊl, ˈklī-ən-\ *adjective*
— **cli·ent·less** \ˈklī-ənt-ləs\ *adjective*

Learn more about "client" and related topics at Britannica.com

See a map of "client" in the Visual Thesaurus

Pronunciation Symbols

Search "client" in:
- Thesaurus
- Spanish/English
- Medical Dictionary
- Open Dictionary

Browse words next to:
- client

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

Encyclopaedia Britannica Search: client Go

Microsoft Dynamics
Everyone gets it.
LEARN MORE
Go to www.microsoft.com/dynamics
Feedback - Ads by Google

Products | Premium Services | Company Info | Contact Us | Advertising Info | Privacy Policy

© 2007-2008 Merriam-Webster, Incorporated