# EXHIBIT 3

Case: 1:07-cv-01397 Document #: 107-4 Filed: 01/18/08 Page 2 of 6 PageID #:1233

# Microsoft Press Computer Dictionary

## Third Edition

Microsoft Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
p. cm.
ISBN 1-57231-446-X
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.
I. Microsoft Press.
QA76.15.M54 1997
004'.03--dc21 97-15489
CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9 QMQM 2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

Case 1:07-cv-01397 Document #: 107-4 Filed: 01/18/08 Page 4 of 6 PageID #:1235

flicts that lower the performance of the system, make some programs inoperable, or crash the computer. *See also* boot¹, crash² (definition 1), operating system.

**clean install** \klēn` in-stäl´\ *n.* Reinstallation of software in a manner that ensures that no application or system files from a previous installation will remain. The procedure prevents "smart" installer programs from skipping file installations where a file already exists, which could potentially keep a problem from being removed.

**clean interface** \klēn` in´tər-fās\ *n.* A user interface with simple features and intuitive commands. *See also* user interface.

**clean room** \klēn´ ro͞om\ *n.* A room in which dust and other small particles are filtered from the air and in which protective clothing is worn to avoid contaminating electronic components and other delicate, sensitive equipment.

**Clear key** \klēr´ kē\ *n.* A key in the upper left corner of the numeric keypad on some keyboards. In many applications, it clears the currently selected menu choice or deletes the current selection.

**Clear To Send** \klēr` tə send´\ *n.* *See* CTS.

**click** \klik\ *vb.* To press and release a mouse button once without moving the mouse. Clicking is usually performed to select or deselect an item or to activate a program or program feature. *See also* right click. *Compare* double-click, drag.

**clickable maps** \klik`ə-bl maps´\ *n.* *See* image map.

**click speed** \klik´ spēd\ *n.* The maximum interval between the first and second time a user presses a button on a mouse or other pointing device that will still identify these actions as a double-click to the computer as opposed to two single-clicks. *See also* double-click, mouse, pointing device.

**clickstream** \klik´strēm\ *n.* The path a user takes while browsing a Web site. Each distinct selection made on a Web page adds one click to the stream. The further down the clickstream the user goes without finding the sought item, the more likely he or she is to depart to another Web site. Analysis of usage patterns helps Web site designers create user-friendly site structures, links, and search facilities. *See also* Web site.

**client** \klī´ənt\ *n.* **1.** In object-oriented programming, a member of a class (group) that uses the services of another class to which it is not related. *See also* inheritance (definition 1). **2.** A process, such as a program or task, that requests a service provided by another program—for example, a word processor that calls on a sort routine built into another program. The client process uses the requested service without having to "know" any working details about the other program or the service itself. *Compare* child (definition 1), descendant (definition 2). **3.** On a local area network or the Internet, a computer that accesses shared network resources provided by another computer (called a *server*). *See also* client/server architecture, server.

**client error** \klī´ənt âr`ər\ *n.* A problem reported by the Hypertext Transfer Protocol (HTTP) client module as the result of difficulty in interpreting a command or the inability to connect properly to a remote host.

**client/server architecture** \klī`ənt-sər-vər är´kə-tek-chur\ *n.* An arrangement used on local area networks that makes use of distributed intelligence to treat both the server and the individual workstations as intelligent, programmable devices, thus exploiting the full computing power of each. This is done by splitting the processing of an application between two distinct components: a "front-end" client and a "back-end" server. The client component is a complete, stand-alone personal computer (not a "dumb" terminal), and it offers the user its full range of power and features for running applications. The server component can be a personal computer, a minicomputer, or a mainframe that provides the traditional strengths offered by minicomputers and mainframes in a time-sharing environment: data management, information sharing between clients, and sophisticated network administration and security features. The client and server machines work together to accomplish the processing of the application being used. Not only does this increase the processing power available over older architectures but it also uses that power more efficiently. The client portion of the application is typically optimized for user interaction, whereas the server portion provides the centralized, multiuser functionality. *See also* distributed intelligence.

Case: 1:07-cv-01397 Document #: 107-4 Filed: 01/18/08 Page 5 of 6 PageID #:1236

 

**semantics** \sə-man´tiks\ *n.* **1.** In programming, the relationship between words or symbols and their intended meanings. Programming languages are subject to certain semantic rules; thus, a program statement can be syntactically correct but semantically incorrect; that is, a statement can be written in an acceptable form and still convey the wrong meaning. *See also* syntax. **2.** In artificial-intelligence research, the capacity of a network to represent relationships among objects, ideas, or situations in a humanlike way. See the illustration. *Compare* syntax.

CANARY — is a — BIRD
has
FEATHERS

***Semantics.***

**semaphore** \sem´ə-fōr`\ *n.* In programming, a signal—a flag variable—used to govern access to shared system resources. A semaphore indicates to other potential users that a file or other resource is in use and prevents access by more than one user. *See also* flag (definition 1).

**semiconductor** \sem´ē-kən-duk-tər, sem´ī-kən-duk-tər\ *n.* A substance, commonly silicon or germanium, whose ability to conduct electricity falls between that of a conductor and that of a nonconductor (insulator). The term is used loosely to refer to electronic components made from semiconductor materials.

**send** \send\ *n.* To transmit a message or file through a communications channel.

**send statement** \send´ stāt`mənt\ *n.* In SLIP and PPP scripting languages, a statement that tells the program that dials an Internet service provider's number (a *dialer program*) to send certain characters. *See also* ISP, PPP, scripting language, SLIP.

**sensor** \sen´sər\ *n.* A device that detects or measures something by converting nonelectrical energy to electrical energy. A photocell, for example, detects or measures light by converting it to electrical energy. *See also* transducer.

**sensor glove** \sen´sər gləv`\ *n.* A hand-worn computer input device for virtual-reality environments. The glove translates finger movements by the user to commands for manipulating objects in the environment. *Also called* data glove. *See also* virtual reality.

**SEPP** \S`E-P-P´\ *n.* Acronym for Software Engineering for Parallel Processing. A project of nine European universities and research institutions to develop tools for the development of parallel application programs for distributed memory multiprocessors.

**sequence** \sē´kwəns\ *n.* An ordered arrangement, as in a set of numbers, such as the Fibonacci sequence. *See also* Fibonacci numbers.

**sequence check** \sē´kwəns chek\ *n.* A process that verifies that data or records conform to a particular order. *Compare* completeness check, consistency check, duplication check.

**Sequenced Packet Exchange** \sē`kwensd pak´ət aks-chānj`\ *n.* *See* SPX (definition 1).

**sequential access** \si-kwen`shəl ak´ses\ *n.* A method of storing or retrieving information that requires the program to start reading at the beginning and continue until it finds the desired data. Sequential access is best used for files in which each piece of information is related to the information that comes before it, such as mailing list files and word processing documents. *Also called* se[illegible] access. *See also* indexed sequential access me[illegible] *Compare* random access.

**sequential algorithm** \si-kwen`shəl al´gə-ridh[illegible] *n.* An algorithm in which each step must occ[illegible] a particular order. *See also* algorithm. *Com*[illegible] parallel algorithm.

**sequential execution** \si-kwen`shəl eks[illegible] shən\ *n.* The act of executing routines [illegible] grams in a linear sequence. *Compare* co[illegible] execution.

**sequential logic element** \si-kwen`shəl lo[illegible] mənt\ *n.* A logic circuit element that has [illegible] one input and one output and in which th[illegible] signal depends on the present and past [illegible] the input signal or signals.

**sequential processing** \si-kwen`shəl pr[illegible] *n.* **1.** The processing of items of info[illegible] the order in which they are stored [illegible] The execution of one instruction, rou[illegible] followed by the execution of the [illegible] *Compare* multiprocessing, parallel [illegible] pipelining (definition 1).

Case: 1:07-cv-01397 Document #: 107-4 Filed: 01/18/08 Page 6 of 6 PageID #:1237




***Serif.* A serif typeface (top) and a sans serif typeface (bottom).**

**serif²** \sĕr´if\ *n.* Any of the short lines or ornaments at the ends of the strokes that form a typeface character.

**server** \sər´vər\ *n* **1.** On a local area network (LAN), a computer running administrative software that controls access to the network and its resources, such as printers and disk drives, and provides resources to computers functioning as workstations on the network. **2.** On the Internet or other network, a computer or program that responds to commands from a client. For example, a file server may contain an archive of data or program files; when a client submits a request for a file, the server transfers a copy of the file to the client. *See also* client/server architecture. *Compare* client (definition 3)

**server-based application** \sər`vər-bāsd a-plə-kā´-shən\ *n.* A program that is shared over a network. The program is stored on the network server and can be used at more than one client machine at a time

**server cluster** \sər´vər klu`stər\ *n.* A group of independent computers that work together as a single system A server cluster presents the appearance of a single server to a client.

**server error** \sər´vər âr`ər\ *n.* A failure to complete a request for information through HTTP that results from an error at the server rather than an error by the client or the user. Server errors are indicated by HTTP status codes beginning with 5. *See also* HTTP, HTTP status codes.

**server push-pull** \sər`vər pŏŏsh`pul´, pŏŏl´\ *n* A combination of Web client/server techniques individually called "server push" and "client pull." In server push, the server loads data to the client, but the data connection stays open This allows the server to continue sending data to the browser as necessary. In client pull, the server loads data to the client, but the data connection does not stay open. The server sends an HTML directive to the browser telling it to reopen the connection after a certain interval to get more data or possibly to open a new URL. See the illustration *See also* HTML, server (definition 2), URL.




***Server push-pull.***

**server-side includes** \sər`vər-sīd in-klōōdz´\ *n.* A mechanism for including dynamic text in World Wide Web documents. Server-side includes are special command codes that are recognized and interpreted by the server; their output is placed in the document body before the document is sent to the browser. Server-side includes can be used, for example, to include the date/time stamp in the text of the file. *See also* server (definition 2)

**service** \sər´vəs\ *n.* **1.** A customer-based or user-oriented function, such as technical support or network provision. **2.** In reference to programming and software, a program or routine that provides support to other programs, particularly at a low (close to the hardware) level. *See also* utility

**Service Advertising Protocol** \sər`vəs ad`vər-tī-zēng prō´tə-kol\ *n* A method used by a service-providing node in a network (such as a file server or application server) to notify other nodes on the network that it is available for access. When a server boots, it uses the protocol to advertise its service; when the same server goes offline, it uses the protocol to announce that it is no longer available. *Acronym:* SAP (S`A-P´). *See also* server (definition 1).

**service bureau** \sər´vis byər`ō\ *n.* **1.** A company that provides various services related to publishing, such as prepress production, desktop pub-