# EXHIBIT 4

Case: 1:07-cv-01397 Document #: 107-5 Filed: 01/18/08 Page 2 of 5 PageID #:1239

The most comprehensive computer reference available! More than 10,000 definitions and explanations, including 5,000 new or revised terms. Covers every topic imaginable—from laptop to mainframe, microchip to the World Wide Web. Ideal for beginners, power users, or computer professionals.

FREE CD-ROM FOR WINDOWS VERSION INCLUDED INSIDE!

# The Computer Desktop Encyclopedia

SECOND EDITION

Alan Freedman

Author of the Leading Dictionary of Computer Terms: THE COMPUTER GLOSSARY

PRAISE FOR THE FIRST EDITION:

"From A to Z, this is as complete a reference on computers as you can find."

—*COMPUTERWORLD*

ALAN FREEDMAN

# The Computer Desktop Encyclopedia

## Second Edition

AMACOM
American Management Association
New York • Atlanta • Boston • Chicago • Kansas City • San Francisco • Washington, D.C.
Brussels • Toronto • Mexico City

This book is available at a special discount when ordered in bulk quantities. For information, contact Special Sales Department, AMACOM, an imprint of AMA Publications, a division of American Management Association, 1601 Broadway, New York, NY 10019.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

**Library of Congress Cataloging-in-Publication Data**

Freedman, Alan
Computer desktop encyclopedia / Alan Freedman. -- 2nd ed.
p. cm.
ISBN 0-8144-7985-5
1. Computers--Dictionaries. I. Title.
QA76.15.F732 1999
004'.03--dc21 98-32408
CIP

© 1999 The Computer Language Company Inc.
Point Pleasant, PA 18950, USA.
All rights reserved.
Printed in the United States of America.

The publication may not be reproduced,
stored in a retrieval system,
or transmitted in whole or in part,
in any form or by an means, electronic,
mechanical, photocopying, recording, or othewise,
without the prior written permission of AMACOM,
an imprint of AMA Publications, a division of
American Management Association,
1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2 1

## serpentine recording

A tape recording format of parallel tracks in which the data "snakes" back and forth from the end of one track to the beginning of the next.

## server

A computer in a network shared by multiple users. The term may refer to both the hardware and software or just the software that performs the service. For example, Web server may refer to the Web server software in a computer that also runs other applications, or, it may refer to a computer system dedicated to the Web server application. There would be several dedicated Web servers in a large Web site. The following network servers are defined in this book.

```
application server
audio server
database server
fax server
file server
intranet server
mail server
merchant server
modem server
print server
proxy server
remote access server
telephony server
terminal server
video server
Web server
```

## server application

(1) An application designed to run in a server. See *client/server.*

(2) Any program that is run in the server, whether designed as a client/server application or not.

(3) See *OLE.*

## server based rules

Procedures that are executed on the server. It often refers to messaging systems that can be programmed to do such things as alerting the user when a certain type of mail arrives or automatically replying to specific kinds of mail.

## ServerBench

A benchmark from Ziff-Davis that tests the performance of an application server in a client/server environment. It tests Windows clients and a variety of server platforms, including Windows NT, OS/2, NetWare and SCO. See *ZDBOp.*

## server farm

A group of network servers that are housed in one location. They might all run the same

SERVER PLATFORMS (CPU & NOS)

