# EXHIBIT 5

# IEEE 100

# THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS

## SEVENTH EDITION

IEEE
Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2* *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
p. cm.
ISBN 0-7381-2601-2 (paperback : alk. paper)
1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21

00-050601

ing network services.
(AMR/SCC31) 1390-1995, 1390.2-1999, 1390.3-1999

**technical effort** The total engineering, testing, manufacturing, and specialty engineering effort associated with the development of a product that encompasses all of the system, equipment, facilities, etc., necessary for the enterprise to develop, produce, distribute, operate, test, support, train, and dispose of the product. (C/SE) 1220-1994s

**technical management** The application of technical and administrative resources to plan, organize, and control engineering functions. (C) 610.12-1990

**technical requirements (TR)** A telephone company publication intended to disclose information and operation regarding network services.
(AMR/SCC31) 1390-1995, 1390.2-1999, 1390.3-1999

**technical review** A systematic evaluation of a software product by a team of qualified personnel that examines the suitability of the software product for its intended use and identifies discrepancies from specifications and standards. Technical reviews may also provide recommendations of alternatives and examination of various alternatives. (C/SE) 1028-1997

**technical standard** A standard that describes the characteristics of applying accumulated technical or management skills and methods in the creation of a product or performing a service.
(C) 610.12-1990

**techniques (1) (software)** Technical and managerial procedures that aid in the evaluation and improvement of the software development process. (C/SE) 610.12-1990, 983-1986w
(2) Technical and managerial procedures used to achieve a given objective. (C/SE) 730.1-1995

**technology** Scientific knowledge used to achieve a practical purpose. (C/PA) 1003.23-1998

**Technology Ability Field** An eight-bit field in the Auto-Negotiation base page that is used to indicate the abilities of a local station, such as support for 10BASE-T, 100BASE-T4, 100BASE-TX, and 100BASE-T2, as well as full duplex capabilities. (C/LM) 802.3-1998

**technology component model** The assembled IT services required to deliver one or more IS services to support the BSRs.
(C/PA) 1003.23-1998

**technology data** Data used to calculate the timing properties of a cell instance based on its context in the design. This term includes information that is not cell type specific or data specific for each cell type in the library. The kind of data used varies with the timing calculation methodology. General data and cell data may be contained in the same file or in separate files. Cell data also may be merged with the timing models of each cell, for example, when a tool performs its own timing calculation. (C/DA) 1481-1999

**technology library** A technology library is a program written in delay calculation language (DCL) consisting of one or more subrules, each of which may contain references to other subrules (yet to be loaded). There is no hierarchical limit to the nesting of subrules within the scope of a technology library. Subrules can also be segmented into technology families, which alters the way they are made available to the application. (C/DA) 1481-1999

**TEDL** *See:* Test Equipment Description Language.

**tee connection** Connection of heater in series or parallel to accommodate a branch on a pipe or equipment.
(IA) 515-1997

**tee coupler (fiber optics)** A passive coupler that connects three ports. *See also:* star coupler. (Std100) 812-1984w

**teed feeder** A feeder that supplies two or more feeding points. *See also:* center of distribution. (PE/TR) [57]

**tee junction (waveguide components)** A junction of waveguides or transmission lines in which the longitudinal guide axes form a tee. (MTT) 147-1979w

**teleautograph** A telegraphic writing instrument, in which movement of a pen at the transmitting end causes corresponding movement of a pen at the remote receiving instrument. *Synonym:* telewriter. *See also:* telegraphy.
(C/PE/EEC) 610.2-1987, [119]

**telecommunication (1)** The transmission of signals over long distance, such as by telegraph, radio, or television. *See also:* computer conferencing; office automation.
(SWG/C/PE) 610.2-1987, C37.20.1-1987s
**(2) (data transmission)** The transmission of information from one point to another. (PE) 599-1985w
(3) The transmission of signals by electrical, electromagnetic, optical acoustic, or mechanical means. (C) 610.7-1995

**telecommunication access program** A software program located in a front-end communications processor that handles tasks associated with the routing, scheduling, and movement of messages between remote terminals and the host computer.
(C) 610.7-1995

**telecommunication circuit** A circuit that is designed to handle remote transmission of information. *See also:* wideband circuit. (C) 610.7-1995, 610.10-1994w

**telecommunication line** A medium, such as wire or circuit, that connects equipment which enables data to be sent and received. (C) 610.7-1995

**telecommunication loop (telephone switching systems)** A channel between a telecommunications station and a switching entity. (COM) 312-1977w

**telecommunication monitor** *See:* teleprocessing monitor.

**telecommunications** Any transmission, emission, and reception of signs, signals, writings, images, and sounds, i.e., information of any nature, by cable, radio, optical, or other electromagnetic systems. (IA/PSE) 1100-1999

**telecommunications customer (telephone switching systems)** One for whom telecommunications service is provided (formerly referred to as a "subscriber"). (COM) 312-1977w

**telecommunications equipment room (TER)** A centralized space for telecommunications equipment that serves the occupants of the building. (IA/PSE) 1100-1999

**telecommunications exchange (telephone switching systems)** A means of providing telecommunications services to a group of users within a specified geographical area.
(COM) 312-1977w

**Telecommunications Industries Association** A sister organization of EIA that establishes and maintains standards for the telecommunications industries in the United States.
(C) 610.7-1995

**telecommunications interface equipment** A portion of a relay system that transmits or receives information from a telecommunications system; eg, audio tone equipment or carrier transmitter-receiver included as an integral part of the relay system. (PE/PSR) C37.90.1-1989r

**telecommunications switchboard (telephone switching systems)** A manual means of interconnecting telecommunications lines, trunks, and associated circuits, and including signaling facilities. (COM) 312-1977w

**telecommunications switching (telephone switching systems)** The function of selectively establishing and releasing connections among telecommunication transmission paths.
(COM) 312-1977w

**telecommunications system (1) (telephone switching systems)** An assemblage of telecommunications stations, lines, and channels, and switching arrangements for their interconnection, together with all the accessories for providing telecommunications services. (COM) 312-1977w
**(2) (surge withstand capability tests for protective relays and relay systems)** Any of the telecommunication media; eg, microwave, power-line carrier, wire line.
(PE/PSR) C37.90.1-1989r

**telecommuting** An employment alternative involving working at home using a computer and telecommunication system instead of commuting between home and workplace.
(SWG/C/PE) 610.2-1987, C37.20.1-1987s