# EXHIBIT 6

# Dictionary of Computer and Internet Terms

**Sixth Edition**

Douglas A. Downing, Ph.D.
*School of Business and Economics*
*Seattle Pacific University*

Michael A. Covington, Ph.D.
*Artificial Intelligence Center*
*The University of Georgia*

Melody Mauldin Covington
*Covington Innovations*
*Athens, Georgia*

© Copyright 1998 by Barron's Educational Series, Inc.
Prior editions © copyright 1996, 1995, 1992, 1989, and 1986
by Barron's Educational Series, Inc.

All rights reserved.
No part of this book may be reproduced in any form, by photostat, microfilm, xerography, or any other means, or incorporated into any information retrieval system, electronic or mechanical, without the written permission of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, New York 11788
http://www.barronseduc.com

*Library of Congress Catalog Card No. 98-6984*

International Standard Book No. 0-7641-0094-7

**Library of Congress Cataloging-in-Publication Data**

Downing, Douglas.
Dictionary of computer and Internet terms / Douglas A. Downing, Michael A. Covington, Melody Mauldin Covington—6th ed.
p. cm.
First-4th eds. published under title: Dictionary of computer terms.
ISBN 0-7641-0094-7
1. Computers—Dictionaries. 2. Internet (Computer network)—Dictionaries. I. Covington, Michael A., 1957– . II. Covington, Melody Mauldin. III. Downing, Douglas. Dictionary of computer terms. IV. Title.
QA76.15.D667 1998
004'.03—dc21

98-6984
CIP

PRINTED IN THE UNITED STATES OF AMERICA

987654321

3 0750 01657 2988

# CONTENTS


About the Authors vii

To the Reader ix

Dictionary 1–525

Characters and Symbols 526–530

interact with each other. See web address: `http://www.omg.org`. *See also* CORBA.

**on-board** included within a piece of equipment. For example, it is common for a sound card to have an on-board amplifier that can drive speakers, so that an external amplifier is not needed.

**one-way function** a function whose inverse is very hard to calculate. A function $f$ is a one-way function if, given $x$, it is relatively easy to calculate $y = f(x)$, but it is hard to calculate the inverse function (that is, calculate the value of $x$ if you are given the value of $y$). One-way functions are used in public key encryption schemes; *see* ENCRYPTION.

**onionskin** (animation software) a transluscent drawing layer placed on top of a reference image for purposes of tracing.

**on-line** connected to a computer or available through a computer. For example, on-line help is information that can be called up immediately on a computer screen rather than having to be looked up in a book.

**OOP** *see* OBJECT-ORIENTED PROGRAMMING.

**open**

1. to call a file, document, or drawing up from disk in order to work with it.
2. (programming) to prepare a file to have data transferred into or out of it.
3. (electronics) to put a switch into the position that does not allow current to flow.

**open architecture** a computer architecture whose details are fully made public so that other manufacturers can make clones and compatible accessories. The architecture of the original IBM PC is open; that of the original Macintosh is not.

**open systems interconnection** *see* DATA COMMUNICATION.

**OpenType** a proposed type format that will take the place of both TrueType and Type 1 fonts.

**operands** the items on which a mathematical operation is performed. For example, in the expression $2+3$, the operands are 2 and 3, and the operation is addition.

**operating system** a program that controls a computer and makes it possible for users to enter and run their own programs.

A completely unprogrammed computer is incapable of recognizing keystrokes on its keyboard or displaying messages on its screen. Most computers are therefore set up so that, when first turned on, they automatically begin running a small program supplied in read-only memory (ROM), or occasionally in another form (*see* BOOT). This program in turn enables the computer to load its operating system

from disk, though some small microcomputers have complete operating systems in ROM.

Under the control of the operating system, the computer recognizes and obeys commands typed by the user. In addition, the operating system provides built-in routines that allow the user's program to perform input-output operations without specifying the exact hardware configuration of the computer. A computer running under one operating system cannot run programs designed to be run under another operating system, even on the same computer. For articles on specific operating systems, *see* CP/M; MS-DOS; UNIX; MVS; OS/2; VM/SP; WINDOWS (MICROSOFT).

**operations research** the mathematical modeling of repetitive human activities, such as those involved in traffic flow, assembly lines, and military campaigns. Operations research makes extensive use of computer simulation.

**optical character recognition** (OCR) the recognition of printed or handwritten characters in an image of a piece of paper. OCR software is commonly used with scanners so that information received on paper will not have to be retyped into the computer. A difficulty is that the computer usually cannot recognize letters and digits with complete certainty, so it has to make intelligent guesses based on the spellings of known words. For example, if you type "chack" an OCR device is likely to read it as "check." Obviously, OCR has difficulty distinguishing l from 1 or O from 0; so do humans if they don't know the context. Information obtained through OCR should be carefully checked for accuracy. *See also* SCANNER.

**optical disk** a high-density storage device that stores information by etching tiny grooves in plastic with a laser. *See* CD-ROM and references there; WORM.




FIGURE 176. OPTION BUTTONS

**option buttons** small circles in a dialog box, only one of which can be chosen at a time. The chosen button is black and the others are white. Choosing any button with the mouse causes all the other buttons in