# EXHIBIT 7

Case: 1:07-cv-01397 Document #: 107-8 Filed: 01/18/08 Page 2 of 6 PageID #:1254

QUE'S

# COMPUTER & INTERNET DICTIONARY

6th Edition

QA
76.15
.P387
1995

By Bryan Pfaffenberger, Ph.D.
with David Wall

QUE®

**Que's Computer & Internet Dictionary, 6th Edition**

**Copyright © 1995 by Que® Corporation**

All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any form or by any means, or stored in a database or retrieval system, without prior written permission of the publisher except in the case of brief quotations embodied in critical articles and reviews. Making copies of any part of this book for any purpose other than your own personal use is a violation of United States copyright laws.
For information, address Que Corporation, 201 W. 103rd St., Indianapolis, IN 46290. You may reach Que's direct sales line by calling 1-800-428-5331.

Library of Congress Catalog No.: 95-078878

ISBN: 0-7897-0356-4

This book is sold *as is*, without warranty of any kind, either express or implied, respecting the contents of this book, including but not limited to implied warranties for the book's quality, performance, merchantability, or fitness for any particular purpose. Neither Que Corporation nor its dealers or distributors shall be liable to the purchaser or any other person or entity with respect to any liability, loss, or damage caused or alleged to be caused directly or indirectly by this book.

98 97 96 95 4 3 2 1

Interpretation of the printing code: the rightmost double-digit number is the year of the book's printing; the rightmost single-digit number, the number of the book's printing. For example, a printing code of 95-1 shows that the first printing of the book occurred in 1995.

*President:* Roland Elgey

*Publisher:* Stacy Hiquet

*Editorial Services Director:* Elizabeth Keaffaber

*Publishing Director:* Brad R. Koch

*Managing Editor:* Sandy Doell

*Director of Marketing:* Lynn E. Zingraf

# Credits

**Publishing Manager**
Thomas H. Bennett

**Acquisitions Editor**
Cheryl Willoughby

**Product Development Specialist**
Mark Cierzniak

**Production Editor**
Nanci Sears Perry

**Copy Editors**
Andy Saff, Paige Widder

**Technical Writer**
David Wall

**Technical Editors**
Lori Leonardo, Jim O'Reilly

**Acquisitions Coordinators**
Ruth Slates, Andrea Duvall

**Book Designer**
Barbara Kordesh

**Cover Designer**
Dan Armstrong

**Graphic Image Specialist**
Cari Skaggs

**Production Team**
Gary Adair, Kim Cofer, David Garratt, Aleata Howard, Kevin Laseau, Shawn MacDonald, Joe Millay, Erika Millen, Nancy Price, Gina Rexrode, Erich J. Richter, SA Springer, Suzanne Tully, Christine Tyner, Robert Wolf

button is highlighted or surrounded by a thick black line, you can press Enter to choose OK.

**OLE client** See *client application.*

**OLE server** See *server application.*

**onboard audio** A circuit on the *motherboard* that simulates a *sound board* and is usually adequate only for *business audio* applications. Onboard audio circuits usually use crude *FM synthesis* techniques to produce sounds, and can be replaced, in a *desktop computer*, with a sound board of higher quality.

**on-board cache** See *internal cache.*

**on-board speaker** A small speaker located inside the computer's *case.* Though the on-board speaker can generate crude beeps, buzzes, and honks, it is entirely unsuitable for *multimedia applications.* A *sound board* and *auxiliary speakers* provide much better sound output than the on-board speaker.

**on-line** Directly connected with and accessible to a computer; for example, after you successfully hook it up to your PC and turn it on. In *data communications,* connected with another, distant computer; for example, the successful connection with a *host* computer in a *client-server network.* On a bulletin board system (BBS), when a file or application is available to the users.

**on-line help** A help utility available on-screen while you're using a *network* or an *application program.*

**on-line information service** A for-profit firm that makes current news, stock quotes, and other information available to its subscribers over standard telephone lines. See *America Online, bibliographic retrieval service, CompuServe, Delphi, Dow Jones News/Retrieval Service, GEnie,* and *Prodigy.*

**on-screen formatting** In a *word processing* program, a formatting technique in which formatting commands directly affect the text that's visible on-screen. See *embedded formatting command* and *what-you-see-is-what-you-get (WYSIWYG).*

**on-the-fly data compression** A method by which data to be sent by *modem* is packed into a tighter package during transmission rather than before, thereby increasing apparent transmission

Case: 1:07-cv-01397 Document #: 107-8 Filed: 01/18/08 Page 6 of 6 PageID #:1258


speed. Protocols such *V.42bis* and *MNP5* handle on-the-fly *data compression.*

**one hundred (100) percent column graph** A *column graph* that resembles a pie graph in that each "slice" of the column displays the relative percentage of that data item compared to the total (see fig. O.3). See *stacked column graph.*




**Fig. O.3** *A 100 percent column graph.*

**one-shot program** A program designed to solve one problem, one time, and never be used again. One-shot programs often do not conform to the rules of style and *modular programming* that govern programs meant to be used over and over, which presents a problem if a one-shot program becomes widely popular. See *canonical form.*

**OOPS** Acronym for object-oriented programming system. See *object-oriented programming language.*

**open** Available for modification; not controlled by a single manufacturer.

**open architecture** A system in which all the system specifications are made public so that other companies will develop add-on products such as *adapters* for the system. See *open bus system.*