# EXHIBIT 8

ALAN FREEDMAN

# The Computer Desktop Encyclopedia

QA
76.15
.F732
199?

amacom
American Management Association
New York • Atlanta • Boston • Chicago • Kansas City • San Francisco • Washington, D.C.
Brussels • Mexico City • Tokyo • Toronto

This book is available at a special discount when ordered in bulk quantities. For information, contact Special Sales Department, AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan
Computer desktop encyclopedia / Alan Freedman.
p. cm.
ISBN 0-8144-0012-4 (CD-ROM). — ISBN 0-8144-0010-8 (pbk.)
1. Computers—Dictionaries. I. Title.
QA76.15.F732 1996
004'.03—dc20 96-724
CIP

© 1996 The Computer Language Company Inc., Point Pleasant, PA 18950.
All rights reserved.
Printed in the United States of America.

The publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by an means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2 1



3 0750 01568 3950

## semantic error
In programming, writing a valid programming structure with invalid logic. The compiler will generate instructions that the computer will execute, because it understands the syntax of the programming statements, but the output will not be correct.

## semantic gap
The difference between a data or language structure and the real world. For example, in order processing, a company can be both customer and supplier. Since there is no way to model this in a hierarchical database, the semantic gap is said to be large. A network database could handle this condition, resulting in a smaller semantic gap.

## semantics
The study of the meaning of words. Contrast with ***syntax***, which governs the structure of a language.

## semaphore
(1) A hardware or software flag used to indicate the status of some activity.
(2) A shared space for interprocess communications (IPC) controlled by "wake up" and "sleep" commands. The source process fills a queue and goes to sleep until the destination process uses the data and tells the source process to wake up.

## semiconductor



A solid state substance that can be electrically altered. Certain elements in nature, such as silicon, perform like semiconductors when chemically combined with other elements. A semiconductor is halfway between a conductor and an insulator. When charged with electricity or light, semiconductors change their state from nonconductive to conductive or vice versa.
The most significant semiconductor is the transistor, which is simply an on/off switch.

## semiconductor device
An elementary component, such as a transistor, or a larger unit of electronic equipment comprised of chips.

## sensor
A device that measures or detects a real world condition, such as motion, heat or light and converts the condition into an analog or digital representation. An optical sensor detects the intensity or brightness of light, or the intensity of red, green and blue for color systems.

## sequel
See *SQL*.

## sequence check
Testing a list of items or file of records for correct ascending or descending sequence based on the item or key fields in the records.

## Sequent
(Sequent Computer Systems, Inc., Beaverton, OR)
A computer company founded in 1983 by 17 ex-employees of Intel that specializes in multiprocessing systems for the client/server environment. Sequent pioneered adapting SMP to UNIX and, according to InfoCorp research for 1992 and 1993, is the worldwide market share leader for large UNIX systems over $700,000. Sequent's SMP machines are all Intel based and are scalable up to 30 Pentium



SAN FRANCISCO STATE UNIVERSITY