

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1533

FERNANDEZ INNOVATIVE TECHNOLOGIES, L.L.C.,

Plaintiff-Appellant,

v.

GENERAL MOTORS CORPORATION
ONSTAR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.,

Defendants-Appellees,

## Judgment

ON APPEAL from the    United States District Court for the Northern District of Illinois

in CASE NO(S).    07-CV-1397

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (NEWMAN, LOURIE, RADER, GAJARSA, and MOORE, Circuit Judges).

    AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED MAY 0 5 2009

Jan Horbaly, Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 5 2009

JAN HORBALY
CLERK

FILED
MAY 11 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT